UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD WILLEN, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. 4:04CV144 RWS |
| MIKE KEMNA and JEREMIAH NIXON, | ) ) ) | |
| Respondents. | ) ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the petition of Donald Willen for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

**IT IS FURTHER ORDERED** that as Willen has not made a substantial showing of a denial of a constitutional right this Court will not issue a certificate of appealability.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of September, 2005.